UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAZMINE I. ROBERTS,

                          Plaintiff,

          -against-

REGIONAL NEUROLOGICAL
ASSOCIATES, ET AL.,

                  Defendants.

24 CIVIL 4614 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 11, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 12, 2024
             New York, New York

                                /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                 Chief United States District Judge